```
                                              FILED
                                           April 21, 2011
                                       CLERK, U.S. BANKRUPTCY COURT
                                       EASTERN DISTRICT OF CALIFORNIA
                                                    D21
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | JUDY ANNE WROTEN and GARY GEORGE WROTEN | **Case No :** 11-22041 - C - 7 |
| | | **Date :** 4/19/11 |
| | | **Time :** 09:30 |

**Matter :** [9] - Motion for Relief from Automatic Stay [ASW-1] Filed by Creditor U.S. Bank National Association (Fee Paid $150) (smis)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as: 865 California Street, Gridley, CA, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law. Resolved without oral argument.

The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

Dated: April 21, 2011

_____
United States Bankruptcy Judge